UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

**IN RE:**

| | |
|---|---|
| **PARISH ENTERPRISES, INC.,** | **CASE NO. 10-10939** |
| d/b/a Parish Home Center | |
| | |
| **DEBTOR** | **CHAPTER 11** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*EX PARTE* MOTION FOR EXTENSION OF TIME WITHIN WHICH TO
FILE SCHEDULES, STATEMENT OF EXECUTORY CONTRACTS
<u>AND BANKRUPTCY RULE 1007(b) LIST OF CREDITORS</u>

**NOW INTO COURT,** through undersigned counsel, comes Parish Enterprises, Inc., d/b/a Parish Home Center ("PHC" or "Debtor"), debtor herein, and respectfully represents that a Voluntary Petition for relief under Chapter 11 of Title 11, United States Code, was filed herein on the 23rd day of June, 2010 ("Petition Date"), and that the Debtor is unable to file the necessary schedules, statement of affairs, statement of executory contracts and Bankruptcy Rule 1007(b) List of Creditors within fourteen (14) days of filing said Petition Date, which is the 7th day of July, 2010, because of time constraints on the Debtor due to the volume of Debtor's business and the disarray of Debtor's records.  The Debtor hereby moves the Court for an extension of the time period within which to file the schedules, statement of affairs, statement of executory contracts and list of creditors for an additional fourteen (14) days, i.e. until the 21st day of July, 2010.  The §341(a) Meeting is currently scheduled for July 23, 2010 at 1:00 p.m.

                                                      **Respectfully submitted;**
                                                      **STEFFES, VINGIELLO & McKENZIE, LLC**
                                                      13702 Coursey Blvd., Building 3
                                                      Baton Rouge, Louisiana  70817
                                                      Telephone:  (225) 751-1751
                                                      Facsimile:  (225) 751-1998
                                                      E-mail:  pgarrity@steffeslaw.com

                                             By:  **_/s/ Patrick S. Garrity_____**
                                                    **PATRICK S. GARRITY (#23744)**
                                                    *Attorneys for Debtor*